MEMO ENDORSED

PO Box 1964
White Plains, NY 10602

August 6, 2008

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas St., Room 428
White Plains, NY 10601

Re: 07-CIV-7795(CLB)(LMS)

Hon. Lisa Margaret Smith:

Please be so kind to grant an extension of time for Plaintiff to submit Opposition of
Defendant's Motion to Dismiss ("Opposition"). Plaintiff is a pro se litigant. Needless to
say, it is difficult to obtain pro bono assistance.

Please allow Plaintiff an additional 90 days to submit "Opposition."

Thank you for your consideration.

Respectfully,

D. McLaughlin

Don McLaughlin

cc:     Ingerman Smith, L.L.P.

*Conference rescheduled to November 21, 2008 10 a.m.*

Deemed letter motion. Motion
granted only to the extent that
Plaintiff is granted until October
10 to submit his opposition.
Defendants' reply due Oct. 24 No
further extensions except for extraordinary good cause.
SO ORDERED  Lisa Margaret Smith
USMJ  8/12/08